**Order entered July 21, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00688-CV

### IN RE AL WILLIAMS, Relator

### Original Proceeding from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-17458

### ORDER
Before Justices Osborne, Partida-Kipness, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/     CRAIG SMITH
JUSTICE